IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41233
Summary Calendar
_____

ARMANDO CABELLERO,

Plaintiff-Appellant,

versus

JOHN SHARP, Building Major, Eastham
Unit of the Texas Department of
Criminal Justice; CHARLES FRIZELL,
Corrections Counselor, Eastham
Unit of the Texas Department of
Criminal Justice; DEBORAH KINNEY,
Correctional Counselor, Eastham
Unit of the Texas Department of
Criminal Justice,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CV-252
--------------------
December 16, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Armando Caballero, Texas prisoner no. 602232, appeals the jury verdict rendered in favor of the defendants in this 42 U.S.C. § 1983 prisoner civil rights case. Caballero argues that the magistrate judge deprived him the right to a fair trial by failing to secure the appearance of Arthur Brown at his trial.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The record on appeal does not support Caballero's contention that he attempted to secure Brown's testimony; thus, we find no error. See <u>United States v. Coveney</u>, 995 F.2d 578, 587 (5th Cir. 1993); <u>United States v. Hinojosa</u>, 958 F.2d 624, 632 (5th Cir. 1992).

AFFIRMED.